UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PEGGY ESPOSITO, ET AL.

VERSUS

ETHICON, INC., ET AL.

CIVIL ACTION

NO. 11-207-JJB-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger, dated June 13, 2011 (doc. no. 8). The objections filed by plaintiffs make the same arguments and lack merit for the reasons considered by the magistrate judge.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Motion to Remand filed by plaintiffs Peggy and Robert Esposito (doc. no. 6) is DENIED.

Baton Rouge, Louisiana, this 14th day of July, 2010.

_____
JAMES J. BRADY
UNITED STATES DISTRICT JUDGE